IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN BUCKLEY,                       :        1:13-cv-2022
                                       :
        Plaintiff,                 :        Hon. John E. Jones III
                                       :
        v.                         :
                                       :
STATE CORRECTIONAL INSTITUTION-:
PINE GROVE and PENNSYLVANIA            :
DEPARTMENT OF CORRECTIONS,             :
                                       :
        Defendants.                :

## ORDER

### April 13, 2015

In accordance with the Memorandum issued on today's date, **IT IS NOW,**

**HEREBY ORDERED THAT:**

1.    Plaintiff's Motion for Judgment on the Supplemented Administrative

      Record (Doc. 36) is **GRANTED**.

2.    Defendants' Cross Motion for Judgment on the Supplemented

      Administrative Record (Doc. 38) is **DENIED**.

3.    The decision of the Hearing Officer is **REVERSED** to the extent it

      ruled that Plaintiff was not denied a FAPE and declined to award

      compensatory education.  It is **AFFIRMED** in all other respects.

4.   Plaintiff is **AWARDED** full days of compensatory education for the school days during which he was confined in SCI-Pine Grove's Restricted Housing Unit.

5.   The Clerk of Court is directed to **CLOSE** the file on this case.


s/ John E. Jones III
John E. Jones III
United States District Judge